UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x
                                   :
MEDIAA SAIPHOO,
                                   :
                 Plaintiff,
                                   :            **ORDER**
          - against -
                                   :            09 Civ. 6676 (DC)
ROBERT F. GRELE,
                                   :
                 Defendant.        :
                                   :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/09

         The Court held a conference in this case on September

4, 2009.  On that day, it was ORDERED that all fact and expert

discovery shall be completed by March 12, 2010.  A pretrial

conference will be held on March 12, 2010 at 10 a.m.

         SO ORDERED.

Dated:   New York, New York
         October 16, 2009

                                   DENNY CHIN
                                   United States District Judge